Alan Romero (SBN 249000)
ajr@romerolaw.com
Robert Myong (SBN 262097)
rsm@romerolaw.com
Elizabeth Villarreal (SBN 327937)
ev@romerolaw.com
**ROMERO LAW, APC**
251 S. Lake Avenue, Suite 930
Pasadena, CA 91101
Tel: (626) 396-9900 / Fax: (626) 396-9990

Attorneys for Plaintiff
MANUEL BAROCIO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BAROCIO, an individual;<br><br>                                    Plaintiff,<br><br>    v.<br><br>CWD, LLC dba CENTRIC PARTS, a California limited liability company; FIRST BRANDS GROUP, LLC, a Delaware limited liability company; BRAKE PARTS LLC dba BRAKE PARTS INC LLC, a Delaware limited liability company; and DOES 1-99, inclusive;<br><br>                                    Defendants. | Case No.: 2:23−cv−00924 SVW (JCx)<br>*[Hon. Stephen V. Wilson]*<br><br>**Related Case:**<br>*Iliana Martinez v. CWD, LLC dba CENTRIC PARTS*<br>Case No.: 2:22-cv-08321-SVW-JC<br><br>JOINT NOTICE OF SETTLEMENT<br><br><br><br><br><br>State Complaint filed: December 21, 2022<br>Case removed: February 7, 2023<br>Trial Date: April 16, 2024 |

**1**

Plaintiff MANUEL BAROCIO ("Plaintiff") and defendants CWD, LLC dba CENTRIC PARTS, FIRST BRANDS GROUP, LLC, and BRAKE PARTS LLC dba BRAKE PARTS INC LLC ("Defendants") ("Defendants and Plaintiff being referred to jointly as the "Parties") jointly and respectfully submit this Notice of Settlement:

Plaintiff filed his complaint in the Superior Court of the State of California County of Los Angeles on December 21, 2022, Case No. 22STCV39657 ("Complaint"). Defendants filed a Notice of Removal on February 7, 2023. On January 29, 2024, the Court consolidated the matter of Iliana Martinez v. CWD, LLC et al, Case No. 2:22-cv-08321-SVW-JC ("Plaintiff Martinez") with Plaintiff's case. The Court ordered Plaintiff's case be designated as the lead case.

On March 13, 2024, the Parties reached a settlement. On March 14, 2023 Plaintiff Martinez and Defendants reached a settlement. Plaintiff, Plaintiff Martinez, and Defendants are currently working through the terms of the settlement agreement and anticipate a fully executed settlement agreement in short order with terms of the agreement to be effectuated within thirty (30) to sixty (60) days thereafter.

The Parties respectfully request that the Pretrial Conference set for April 8, 2024 at 3:00 P.M. and the Jury Trial set for April 16, 2024 at 9:00 A.M. be taken off calendar.

Dated: April 02, 2023.          **ROMERO LAW, APC**

By: _____.
Alan Romero
Robert S. Myong
Elizabeth Villarreal
*Attorneys for Plaintiff MANUEL BAROCIO*

**2**

**NOTICE OF SETTLEMENT**

Dated: April 02, 2023.                     **SEYFARTH SHAW LLP**

By:   /s/ Kamran Mirrafati
Laura E. Heyne
Kamran Mirrafati
*Attorney for Defendants CWD, LLC, First Brands*
*Group, LLC, and Brake Parts LLC*

**3**

## <u>CERTIFICATE OF SERVICE</u>

I am employed in the State of California. I am over the age of 18 and not a party to the within action; my business address is 251 S. Lake Avenue, Suite 930, Pasadena, CA 91101-4873.

On April 2, 2024, I served the foregoing document described as: **NOTICE OF SETTLEMENT** on said parties in this action as follows:

Kamran Mirrafati, Esq. (SBN 233827)
Laura E. Heyne, Esq. (SBN 279478)
Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Century City, CA 90067-3021
Telephone: 310-277-7200
Fax: 310-201-5219
E-mail: kmirrafati@seyfarth.com
lheyne@seyfarth.com
fjchoi@seyfarth.com
rvictor@seyfarth.com
Attorney for Defendants

[X] **BY EMAIL:** Pursuant to Rule 12(b) of the California Rules of Court, Appendix I, Emergency Rules Related to COVID-19, I served true and correct copies of the above-listed documents via electronic mail to each email address listed above, and served the documents form my electronic service address, which is:

[X] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system will send notification of this filing to the person(s) listed below.

Executed on February 22, 2023, at Pasadena, California.


_/s/ Vanessa Melendrez_____
Vanessa Melendrez